UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

LYDELL YANCEY,

              Defendant.

CASE NO.: 23 Mag. 5072 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday, July 31, 2023 at 9:00 am** on the Court's conference line. The parties, including Mr. Yancey, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            June 28, 2023

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**