UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LYDELL YANCEY,<br><br>                Defendant. | CASE NO.: 23 Mag. 5072 (UA)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for July 31, 2023 is CANCELLED.

The Clerk of Court is respectfully directed to terminate the Telephone Conference scheduled for July 31, 2023.

Dated:   New York, New York
         July 6, 2023

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**